**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00531-WJM

NORBERTO MARQUEZ OCHOA,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES**

This matter is before the Court on the Parties' Stipulated Motion for Attorney Fees filed November 10, 2011 (ECF No. 29). The Court having reviewed the motion and being fully advised hereby ORDERS as follows:

The parties Stipulated Motion for Attorney Fees is GRANTED. It is FURTHER ORDERED that Defendant shall pay to Plaintiff reasonable attorney fees in the amount of $6,500.00. Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel. See *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010) (holding that EAJ awards are payable to litigants and that EAJA awards are subject to offset by the Treasury Department to satisfy any debts litigants may owe to the Government). Defendant will consider the propriety of directing payment to the attorney pursuant to an assignment, but will do so only after the award has been issued to Plaintiff and the amount of any federal debt owed by Plaintiff is properly offset.

Dated this 10th day of November, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge